## SENTENCE DATA SHEET

**DEFENDANT:** Fahad Ali

**CRIMINAL NO:** 4:16-cr-385-S

**GUILTY PLEA:** Count Three (Title 18, United States Code, Section 1956(h)) (Money Laundering Conspiracy)

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) and (B) - Defendant agrees to enter a guilty plea to Count Three (Title 18, United States Code, Section 1956(h)) (Money Laundering Conspiracy) of the Superseding Indictment; and waive his right to appeal and collateral attack, except for a claim of ineffective assistance of counsel.

In exchange, the United States: agrees that if the defendant persists in his guilty plea and fulfills the terms of this agreement, (1) the United States will dismiss any remaining counts of the Superseding Indictment at the time of sentencing; (2) will not oppose a two-point reduction for acceptance of responsibility and an additional one-point reduction under U.S.S.G. 3E1.1(b)(1); (3) if the defendant provides substantial assistance as determined by the United States, in its sole discretion, a motion for downward departure may be filed; and (4) at the time of sentencing, the United States agrees not to oppose Defendant's position that for purposes of calculating the advisory United States Sentencing Guidelines range, the foreseeable loss attributable to him is in excess of $3.5 million but did not exceed $9.5 million, understanding that the Court is not bound by such agreement or recommendation.

**COUNT THREE:** Money Laundering Conspiracy

**ELEMENTS:**

    A. That two or more persons made an agreement to commit money laundering;
    B. That the defendant knew of the unlawful purpose of the agreement; and
    C. That the defendant joined in the agreement willfully, that is, with the intent to further the unlawful purpose.

**ELEMENTS:**

    A. That the defendant knowingly conducted [attempted to conduct] a financial transaction;
    B. That the financial transaction [attempted financial transaction] involved the proceeds of a specified unlawful activity, namely wire fraud;
    C. That the defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity; and
    D. That the defendant knew that the transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity.

**PENALTIES:** <u>Count Three</u> – Imprisonment for not more than 20 years; and/or a fine of up to $250,000 or twice the gross gain or loss

**SENTENCING GUIDELINES:** Advisory

**SUPERVISED RELEASE:** Up to 3 years

**SPECIAL ASSESSMENT:** $100 per count of conviction

**ATTACHMENT:** Plea Agreement